```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 31519
    WEBSTER EPTING JR
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6616


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/19/2008 and was not confirmed.

     The case was dismissed without confirmation 12/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00           .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     29026.22           .00             .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00             .00
AMERICAN GENERAL FINANCE  SECURED           19026.00           .00             .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED         NOT FILED          .00             .00
RENEE GREEN               NOTICE ONLY       NOT FILED          .00             .00
BENNIE W FERNANDEZ        DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      --------------     --------------
TOTALS                     .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```